Charles Kelly Kilgore (SBN 173520)
Em: Idefendem@gmail.com
9025 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90211
Ph: (310) 994-9883
Fx: (413) 691-7310

Attorney for Plaintiff:
Marvin Pack, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN PACK, JR., <br><br> Plaintiff, <br><br> Vs. <br><br> DR. HOSAHALLI PADMESH, M.D; DR. PETTERSEN, M.D.; MS. ANABEL TORALBA, R.N.; MS. D. GENTRY, R.N. <br><br> Defendants. | CASE No. 2:18-cv-02944 KJM AC P <br><br> [~~PROPOSED~~] <br> **ORDER:** RE Additional 30 days in which to Serve Defendant |

Good cause appearing, Plaintiff's request for an additional 30 days in which to serve Defendant Padmesh, ECF No. 23, is GRANTED. Plaintiff's counsel shall demonstrate service of process of the Second Amended Complaint on defendant Dr. Hosahalli Padmesh, M.D., on or before Friday, April 10, 2020.

IT IS SO ORDERED.

DATED: March 10, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

*Proposed Order*