UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN PACK, JR., <br><br>Plaintiff, <br><br>v. <br><br>JOE A. LIZARRAGA, et al., <br><br>Defendants. | No. 2:18-cv-02944 KJM AC P <br><br><br>ORDER |

Plaintiff's former counsel demonstrated personal service of process on defendant Dr. Hosahalli Padmesh, M.D., on March 13, 2020, in this prisoner civil rights case. See ECF Nos. 25, 25-1. Under Rule 12, Federal Rules of Civil Procedure, defendant was required to file and serve a responsive pleading within twenty-one (21) days. Fed. R. Civ. P. 12(a)(1)(A)(i). That period of time has expired without defendant Padmesh appearing in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days after the filing date of this order, defendant Padmesh shall file and serve his response to plaintiff's Second Amended Complaint.

2. Failure of defendant to timely respond to this order will result in a recommendation that his default be entered in this case.

////

////

1

3. The Clerk of Court is directed to serve a copy of this order on defendant Padmesh by mail at the following address:

>Dr. Hosahalli Padmesh, M.D.
>19 Forrester Lane
>Yountville CA 94599

IT IS SO ORDERED.

DATED: April 28, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2