1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARVIN PACK, JR., | No. 2:18-cv-2944 KJM AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JOE A. LIZARRAGA, et al., | |
| Defendants. | |

Defendant Padmesh has filed a proposed substitution of counsel. ECF No. 44. However, review of the proposed substitution shows that defendant's counsel has not changed. Rather, they have changed firms and provided updated contact information. Since attorney appearances are not made in the name of a law firm, L.R. 182(b), the proposed substitution is unnecessary and will instead be construed as a notice of change of firm and address.

Accordingly, IT IS HEREBY ORDERED that defendant Padmesh's proposed substitution of counsel, ECF No. 44, is DENIED and construed as a notice of change of law firm and change of address. The Clerk of the Court shall update the docket accordingly.

DATED: January 26, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE