UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN PACK, JR., <br><br>Plaintiff, <br><br>v. <br><br>JOE A. LIZARRAGA, et al., <br><br>Defendants. | No. 2:18-cv-2944 KJM AC P <br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 31, 2021, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 46. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 31, 2021, ECF No. 46, are adopted in full;

2. Defendant Padmesh's motion to dismiss, ECF No. 31, is DENIED;

3. Defendant Padmesh shall file a response to the complaint within twenty-one days of this order; and

4. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

DATED: July 1, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE