UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN PACK, JR., | No. 2:18-cv-2944 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JOE A. LIZARRAGA, et al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed July 7, 2021, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 50. That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendants now request to opt out of the Post-Screening ADR Project and that the stay be lifted. ECF No. 51. Having reviewed the request, the court finds good cause to grant it.[1] By separate order, the court will set a schedule for discovery and pretrial motions.

////

---

[1] Counsel for defendants is advised that in the future, any motion to opt out should affirm that counsel has taken *all* the steps outlined in the order referring the case to the Post-Screening ADR Project, including that they have spoken to plaintiff and their supervisor.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project, ECF No. 51, is GRANTED.

2. The stay of this action, commencing July 7, 2021, ECF No. 50, is LIFTED.

DATED: July 19, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2