UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN PACK, JR., | No. 2:18-cv-2944 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JOE A. LIZARRAGA, et al., | |
| Defendants. | |

     Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion requesting that the court grant permission for the parties to enter into settlement negotiations. ECF No. 56. The parties do not need permission from the court to conduct settlement negotiations, and plaintiff is free communicate with defense counsel regarding settlement without an order of the court. However, defendants are free to decline to negotiate. To the extent plaintiff is requesting that the court order the parties to participate in a settlement conference, defendants requested to opt out of the Post-Screening ADR Project on July 14, 2021, ECF No. 51, and that request was granted, ECF No. 53. Based on defendants' recent representation that they do not believe a settlement conference would be beneficial at this time, the court will not order the parties to participate in a settlement conference.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the court to order settlement negotiations, ECF No. 56, is DENIED.

DATED: August 5, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE